IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 6454 |
| APCSC, LLC, an Illinois limited liability company, | ) ) ) | JUDGE MILTON I. SHADUR |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, APCSC, LLC, an Illinois limited liability company, in the total amount of $32,148.36, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $9,256.25.

On November 13, 2008, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to Courtney Hightower, Receptionist, at the registered office of record (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on December 3, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.


/s/  Jennifer L. Dunitz-Geiringer

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 9th day of July 2009:

>
> APCSC, LLC
> c/o National Registered Agents, Inc.,
>    n/k/a Premier Corporate Services, Inc.
> 200 W. Adams Street, Suite 2007
> Chicago, IL   60606
>
> Mr. Robert H. Brown
> Laner Muchin Dombrow
>    Becker Levin & Tominberg, Ltd.
> 515 N. State Street, 28th Floor
> Chicago, IL   60654

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\CarpsJ\APCSC\motion for default judgment (2).jdg.df.wpd